UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENARD GOLDEN,

                            Petitioner,

-against-

CHRISTOPHER ARTUZ,

                            Respondent.
-----------------------------------------------------------------X

JUDGMENT
98-CV- 0887 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

BROOKLYN OFFICE

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 29, 2004, dismissing the petition for a writ of habeas corpus; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       October 14, 2005

ROBERT C. HEINEMANN
Clerk of Court